SAT-12905 1127-2 van~~~~
U.S. Bankruptcy Court
Middle District of Alabama
One Church Street
Montgomery, AL 36104

000490 490 2 AT 0.479 21076 4 5 6424-2-524

CITIFINANCIAL
PO BOX 499
Hanover, MD 21076-0499

## Electronic Bankruptcy Noticing

### Go Green!
Sign up for electronic notices. FREE!

Join the thousands of people who have already switched.

Receive notices 24 X 7 and days faster than through US Mail.

Try our new Email Link service.

To find out how, visit:
**http://EBN.uscourts.gov**

# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  
James L. Braxton  
    Debtor

Case No. 09-33047  
Chapter 13

A *Petition for Relief under Chapter 13 of Title 11, U.S. Code*, filed by or against the above named Debtor on November 4, 2009.

## ORDER CONFIRMING PLAN

The debtor's plan was filed on January 19, 2010. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Done this 28th day of January, 2010.

/s/ Dwight H. Williams Jr.  
United States Bankruptcy Judge